UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| COURTNEY LAMAR PARKER, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:23-cv-01874-TWP-CSW ) |
| G GUGINO, et al., | ) ) ) |
| Defendants. | ) |

### ORDER TO FILE OVERDUE STATUS REPORT

Now comes the Court, *sua sponte*. The Court ordered the parties to file a status report including a recommendation of the appropriate next steps in this case by August 4, 2025, or within seven days of Plaintiff's decision whether to opt out of the third-party release, whichever is earlier. (Dkt. 65). Plaintiff noticed his decision on July 16, 2025, and July 23, 2025. (Dkts. 70, 72). Defendant G. Gugino timely filed a report. (Dkt. 71). Defendants Wellpath, LLC ("Wellpath") and Irina Paterson have not filed a status report.

Accordingly, Wellpath and Paterson are **ORDERED** to file a status report **within seven (7) days** of the date of this Order. (Dkt. 65).

**So ORDERED.**

Date: August 5, 2025

Crystal S. Wildeman
United States Magistrate Judge
Southern District of Indiana

Distribution:

COURTNEY LAMAR PARKER
161825
PLAINFIELD - CF
PLAINFIELD CORRECTIONAL FACILITY
Inmate Mail/Parcels
727 MOON ROAD
PLAINFIELD, IN 46168

Jessica N. Hamilton
Kopka Pinkus Dolin, P.C.
jnhamilton@kopkalaw.com

Joshua Robert Lowry
Kopka Pinkus Dolin, PC
jrlowry@kopkalaw.com

Barry F. McGinley
Frost Brown Todd LLP
bmcginley@fbtlaw.com

Anthony W. Overholt
Frost Brown Todd LLP
aoverholt@fbtlaw.com

Mathew Rayman
OFFICE OF CORPORATION COUNSEL
mathew.rayman2@indy.gov